UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA FROST KLEES | CIVIL ACTION |
| VERSUS | NO. 10-3401 |
| BEAU RIVAGE RESORTS, INC., ET AL | SECTION: "C" 1 |

**J U D G M E N T**

In accordance with the Court's Order, record document no. 23,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is hereby DISMISSED.

New Orleans, Louisiana, this 22nd day of March 2011.

_____
**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**